KARLA KRAFT, State Bar No. 205530
  kkraft@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendant
VEMMA NUTRITION COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MONTEGNA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEMMA NUTRITION COMPANY,<br><br>Defendants. | CASE NO. 13CV2731 MMARBB<br><br>Assigned to Hon. Michael M. Anello<br><br>**JOINT MOTION TO DISMISS ACTION IN ITS ENTIRETY PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 14, 2013 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**JOINT MOTION TO DISMISS**

LITIOC/2096073v1/103141-0001

Plaintiff Gregory Montegna ("Plaintiff") and defendant Vemma Nutrition Company ("Defendant"), by and through their respective counsel of record, hereby stipulate and move for an order as follows:

WHEREAS, on December 16, 2013, Defendant filed a Motion to Dismiss Plaintiff's Second Cause of Action and Class Claims (the "Motion to Dismiss");

WHEREAS, Plaintiff and Defendant participated in an all-day mediation before the Honorable Leo Papas (Ret.) on February 24, 2014 and subsequently entered into a settlement agreement with respect to Plaintiff's individual claims, pursuant to which Plaintiff has agreed to dismiss this lawsuit;

WHEREAS, based on the parties' mutual promises in, and pursuant to, the settlement agreement, the putative class claims will be dismissed without prejudice;

WHEREAS, the court has not certified a class in this case, meaning that court approval is not required pursuant to Fed. R. Civ. P. 23(e);

NOW THEREFORE, the parties agree and jointly stipulate as follows:

1. Plaintiff's individual claims against Vemma shall be dismissed in their entirety with prejudice.

///
///
///

2. The putative class claims asserted against Vemma shall be dismissed in their entirety without prejudice.

DATED: May 20, 2014

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: /s/ Karla Kraft
KARLA KRAFT
Attorneys for Defendant
Vemma Nutrition Company
Email: kkraft@sycr.com

I, Karla Kraft, certify that Plaintiff's counsel identified below informed me that the content of this document is acceptable.

DATED: May 20, 2014

KAZEROUNI LAW GROUP, APC

By: /s/ Abbas Kazerounian
ABBAS KAZEROUNIAN
Attorneys for Plaintiff
Gregory Montegna
Email: ak@kazlg.com

# CERTIFICATE OF SERVICE

I, Susan Song, hereby certify that on May 20, 2014, I caused to be electronically filed a true and correct copy of **JOINT MOTION TO DISMISS ACTION IN ITS ENTIRETY PURSUANT TO FRCP 41(a)(1)(A)(ii)** with the Clerk of the Court using CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Abbas Kazerounian
Kazerounian Law Group, APC
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626
(800) 400-6808
Fax: (800) 520-5523
Email: ak@kazlg.com
Attorney for Gregory Montegna
Individually and On Behalf of All Others Similarly Situated

Joshua Swigart
Jason A. Ibey
Hyde & Swigart
2221 Camino Del Rio South
Suite 101
San Diego, CA 92108
(619) 233-7770
Fax: (619) 297-1022
Email: josh@westcoastlitigation.com
Attorney for Gregory Montegna
Individually and On Behalf of All Others Similarly Situated

On May 20, 2014

_____
SUSAN SONG

-1-

CERTIFICATE OF SERVICE

LITIOC/2096073v1/103141-0001