# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MONTEGNA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEMMA NUTRITION COMPANY,<br><br>Defendants. | CASE NO. 13CV2731 MMARBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION IN ITS ENTIRETY PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>[Doc. No. 13] |

The parties have filed a joint motion to dismiss this action in its entirety pursuant to FRCP 41(a)(1)(A)(ii).  Upon due consideration, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff Gregory Montegna's individual claims against Defendant Vemma Nutrition Company in their entirety **with prejudice**.  The Court **DISMISSES** the putative class claims asserted against Defendant in their entirety **without prejudice**.

**IT IS SO ORDERED**.

DATED: May 20, 2014

Hon. Michael M. Anello
United States District Judge